APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Nadeja M. Beasley
(Please print)

STREET ADDRESS: 125 E. 111th Street, 1st Fl.

CITY/STATE/ZIP: Chicago IL 60628

PHONE NUMBER: 773-316-2763

CASE NUMBER: 08CV 4205
JUDGE ASPEN
MAGISTRATE JUDGE KEYS

Signature: Nadeja Beasley

Date: 07-24-08

FILED
JUL 24 2008
Jul 24, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT