**FILED**
JUL 24 2008
Jul 24, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Nadeja Beasley
_____
Plaintiff

v.

UAW Union-Local 3212
_____
Defendant(s)

08CV 4205
JUDGE ASPEN
MAGISTRATE JUDGE KEYS

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:
I, **NADEJA Beasley**, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1. Are you currently incarcerated?    ☐Yes    ☒No    (If "No," go to Question 2)
   I.D. #_____ Name of prison or jail:_____
   Do you receive any payment from the institution? ☐Yes ☐No Monthly amount:_____

2. Are you currently employed?    ☐Yes    ☒No
   Monthly salary or wages:_____
   Name and address of employer:_____

   a. If the answer is "No":
      Date of last employment: **November 2007**
      Monthly salary or wages: **$10.00 hr**
      Name and address of last employer: **ZF Lemforder Chicago, LLC**
      **3400 E. 121th St, Chicago, IL 60633**

   b. Are you married?    ☐Yes    ☒No
      Spouse's monthly salary or wages:_____
      Name and address of employer:_____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages    ☐Yes    ☐No
      Amount_____ Received by_____

  b.  ☐ Business, ☐ profession or ☐ other self-employment  ☐Yes  ☒No
  Amount_____ Received by_____

  c.  ☐ Rent payments, ☐ interest or ☐ dividends  ☐Yes  ☒No
  Amount_____ Received by_____

  d.  ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers'
    compensation, ☒ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                    ☒Yes  ☐No
  Amount $230.00 _____ Received by check _____

  e.  ☐ Gifts or ☐ inheritances  ☐Yes  ☒No
  Amount_____ Received by_____

  f.  ☐Any other sources (state source:_____) ☐Yes  ☒No
  Amount_____ Received by_____

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts? ☐Yes ☒No Total amount:_____
  In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments? ☐Yes ☒No
  Property:_____ Current Value:_____
  In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)? ☐Yes ☒No
  Address of property:_____
  Type of property:_____ Current value:_____
  In whose name held:_____ Relationship to you:_____
  Amount of monthly mortgage or loan payments:_____
  Name of person making payments:_____

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
                  ☐Yes ☒No
  Property:_____
  Current value:_____
  In whose name held:_____ Relationship to you:_____

8. List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐No dependents
  Kendall Sprouts - Son (Everything)

-2-

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: _July 29, 2008_       _Nadeja Beasley_
                              (Signature of Applicant)

                              _Nadeja Beasley_
                              (Print Name)

---

**NOTICE TO PRISONERS:** <u>A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts.</u> Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by <u>each</u> <u>institution</u> where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.#_____, has the sum of

$_____ on account to his/her credit at (name of institution) _____.

I further certify that the applicant has the following securities to his/her credit: _____. I further

certify that during the past six months the applicant's average monthly deposit was $_____.

(<u>Add</u> all deposits from all sources and then <u>divide</u> by number of months).

_____         _____
           DATE                     SIGNATURE OF AUTHORIZED OFFICER

                                    _____
                                           (Print name)

rev. 10/10/2007

```
REPORT NO.: RBI05020                           STATE OF ILLINOIS-DEPARTMENT OF LABOR                                  PAGE    4
LOCAL OFFICE 12                                 BUREAU OF EMPLOYMENT SECURITY                      PROCESSING DATE 07/18/2008
TIME REQUESTED 15:22:                              PAYMENT DETAIL HISTORY
CLAIMANT ID: 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 1         CLAIMANT NAME: NADEJA       M BEASLEY           CLAIMANT ADDRESS: 125 E 111TH STR #1
                                                                                                    CHICAGO              , IL 60628

PAY  WEEK-END    MAIN  SUB                    DEP     TOTAL         NET      INCOME  INCOME  RETIRE  RECOUP            UNAVIL  MISC    CHILD
WK   DATE        PROG  PROG   WBA             AMOUNT  DEDUCT        BENEFIT  RECVD   DEDUCT  AMOUNT  AMOUNT            DAYS    AMOUNT  SPPORT
---  ----------  ----  ----   -------         ------- -------       -------  ------  ------  ------  ------            ------  ------  ------

 1   03/15/2008   A     A     158.00          57.00    0.00          215.00    0.00    0.00    0.00    0.00              0.00    0.00    0.00
PAY NUMBER 20080771209 9       PAY DATE 03/17/2008     PAY AMOUNT    215.00    FEDERAL TAX WITHHELD    0.00 STATE TAX WITHHELD    0.00    0.00

 1   03/22/2008   A     A     158.00          57.00    0.00          215.00    0.00    0.00    0.00    0.00              0.00    0.00    0.00
 2   03/29/2008   A     A     158.00          57.00    0.00          215.00    0.00    0.00    0.00    0.00              0.00    0.00    0.00
PAY NUMBER 200809111806        PAY DATE 03/31/2008     PAY AMOUNT    430.00    FEDERAL TAX WITHHELD    0.00 STATE TAX WITHHELD    0.00    0.00

 1   04/05/2008   A     A     158.00          57.00    0.00          215.00    0.00    0.00    0.00    0.00              0.00    0.00    0.00
 2   04/12/2008   A     A     158.00          57.00    0.00          215.00    0.00    0.00    0.00    0.00              0.00    0.00    0.00
PAY NUMBER 200810511493        PAY DATE 04/14/2008     PAY AMOUNT    430.00    FEDERAL TAX WITHHELD    0.00 STATE TAX WITHHELD    0.00    0.00

 1   04/19/2008   A     A     158.00          57.00    0.00          215.00    0.00    0.00    0.00    0.00              0.00    0.00    0.00
 2   04/26/2008   A     A     158.00          57.00    0.00          215.00    0.00    0.00    0.00    0.00              0.00    0.00    0.00
PAY NUMBER 200811910788        PAY DATE 04/28/2008     PAY AMOUNT    430.00    FEDERAL TAX WITHHELD    0.00 STATE TAX WITHHELD    0.00    0.00

 1   05/03/2008   A     A     158.00          57.00    0.00          215.00    0.00    0.00    0.00    0.00              0.00    0.00    0.00
 2   05/10/2008   A     A     158.00          57.00    0.00          215.00    0.00    0.00    0.00    0.00              0.00    0.00    0.00
PAY NUMBER 200813310543        PAY DATE 05/12/2008     PAY AMOUNT    430.00    FEDERAL TAX WITHHELD    0.00 STATE TAX WITHHELD    0.00    0.00

 1   05/17/2008   A     A     158.00          57.00    0.00          215.00    0.00    0.00    0.00    0.00              0.00    0.00    0.00
 2   05/24/2008   A     A     158.00          57.00    0.00          215.00    0.00    0.00    0.00    0.00              0.00    0.00    0.00
PAY NUMBER 200814808357        PAY DATE 05/27/2008     PAY AMOUNT    430.00    FEDERAL TAX WITHHELD    0.00 STATE TAX WITHHELD    0.00    0.00

 1   05/31/2008   A     A     158.00          57.00    0.00          215.00    0.00    0.00    0.00    0.00              0.00    0.00    0.00
 2   06/07/2008   A     A     158.00          57.00    0.00          215.00    0.00    0.00    0.00    0.00              0.00    0.00    0.00
PAY NUMBER 200816110386        PAY DATE 06/09/2008     PAY AMOUNT    430.00    FEDERAL TAX WITHHELD    0.00 STATE TAX WITHHELD    0.00    0.00

 1   06/21/2008   A     A     155.00          60.00    0.00          215.00    0.00    0.00    0.00    0.00              0.00    0.00    0.00
PAY NUMBER 200817510688        PAY DATE 06/23/2008     PAY AMOUNT    215.00    FEDERAL TAX WITHHELD    0.00 STATE TAX WITHHELD    0.00    0.00

 1   06/28/2008   A     A     155.00          60.00    0.00          215.00    0.00    0.00    0.00    0.00              0.00    0.00    0.00
 2   07/05/2008   A     A     155.00          60.00    0.00          215.00    0.00    0.00    0.00    0.00              0.00    0.00    0.00
PAY NUMBER 200818911226        PAY DATE 07/07/2008     PAY AMOUNT    430.00    FEDERAL TAX WITHHELD    0.00 STATE TAX WITHHELD    0.00    0.00

                                   TOTALS    8016.00   2334.00       259.25 10090.75

*END OF REPORT RBI05020 TIME REQUESTED: 15:22:  *
```