RECEIVED

JUL 2 4 2008

Jul 24, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

EP

**FILED**
**AUGUST 15, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_NadeJa Beasley_ )
_____ )
_____ )
(Name of the plaintiff or plaintiffs) )
                                     ) CIVIL ACTION
v.                                   )
_UAW Union-Local 3212_ ) 08CV 4205
_____ ) JUDGE ASPEN
_____ ) MAGISTRATE JUDGE KEYS
(Name of the defendant or defendants))

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is _NadeJa Beasley_ of the county of _Cook_ in the state of _Illinois_.

3. The defendant is _UAW Union-Local 3212_, whose street address is _11731 S. Avenue D_
(city) _Chicago_ (county) _Cook_ (state) _Illinois_ (ZIP) _60633_
(Defendant's telephone number) (_773_) - _646-2055, 773-909-0167_

4. The plaintiff sought employment or was employed by the defendant at (street address)
_11731 S. Avenue D_ (city) _Chicago_
(county) _Cook_ (state) _Illinois_ (ZIP code) _60617_

5. The plaintiff [*check one box*]

   (a) ☐ was denied employment by the defendant.

   (b) ☐ was hired and is still employed by the defendant.

   (c) ☑ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month)_____, (day)_____, (year)_____.

7.1 _(Choose paragraph 7.1 or 7.2, do not complete both.)_

(a) The defendant is not a federal governmental agency, and the plaintiff [_check one box_] [☑] has not [ ] has filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

(i) [ ] the United States Equal Employment Opportunity Commission, on or about (month)_____ (day)_____ (year)_____.

(ii) [ ] the Illinois Department of Human Rights, on or about (month)_____ (day)_____ (year)_____.

(b) If charges _were_ filed with an agency indicated above, a copy of the charge is attached. [ ] YES. [ ] NO, but plaintiff will file a copy of the charge within 14 days.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

(a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

[ ] Yes (month)_____ (day)_____ (year)_____

[☑] No, did not file Complaint of Employment Discrimination

2. The plaintiff received a Final Agency Decision on (month)_____ (day)_____ (year)_____.

c. Attached is a copy of the

a. Complaint of Employment Discrimination,

[ ] YES   [ ] NO, but a copy will be filed within 14 days.

(ii) Final Agency Decision

[ ] YES   [ ] NO, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

   (a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

   (b) ☐ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month)_____ (day)_____ (year)_____ a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's *[check only those that apply]*:

   (a) ☐ Age (Age Discrimination Employment Act).
   (b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)
   (d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)
   (g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant *[check only those that apply]*

    (a) ☐ failed to hire the plaintiff.
    (b) ☐ terminated the plaintiff's employment.
    (c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☐ failed to stop harassment;

(g) ☐ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☑ other (specify): 301- Failure to represent in good faith

13. The facts supporting the plaintiff's claim of discrimination are as follows:
President- Roosevelt Williams denied bargaining employee representation of union attorney that another individual is receiving to obtain back pay that was awarded by Arbitration.

14. [AGE DISCRIMINATION ONLY] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☑ YES   ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [check only those that apply]

   (a) ☐ Direct the defendant to hire the plaintiff.
   (b) ☐ Direct the defendant to re-employ the plaintiff.
   (c) ☐ Direct the defendant to promote the plaintiff.
   (d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.
   (e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☐ Direct the defendant to (specify): _Pay the amount of backpay I am entitled to from the company - QIS_

(g) ☑ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☑ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

(Plaintiff's name)
_Nadeja Beasley_

(Plaintiff's street address)
_125 E. 111th Street, 1st Floor_

(City) _Chicago_ (State) _IL_ (ZIP) _60628_
(Plaintiff's telephone number) (_773_) - _316-2763_

Date: _July 24 2008_